# EXHIBIT 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------X

PETALS DECORATIVE ACCENTS LLC,

                Plaintiff,

-against-

THE ELEVATION GROUP LLC, CONTROL SOLUTIONS INC., IMAGESOFT INC., TONY YENIDJEIAN and DINESH BAKHRU,

                Defendants,
-------------------------------------------------------------X

**SUMMONS**

Index No. 602741/07

Date Filed AUG 1 4 2007

To the above-named defendants:

    **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or if the complaint is not served with this summons, to serve a notice of appearance, on the plaintiffs' attorney within twenty (20) days after the service of this summons, exclusive of the day of service, or within thirty (30) days after service is complete if this summons is not personally delivered to you within the State of New York. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: August 10, 2007
       New York, New York

*[handwritten: 10 County Line Rd (Unit 25) North Branch, NJ 08876]*

GERSTEN SAVAGE LLP
Attorneys for Plaintiff

By: _____
    David Lackowitz
600 Lexington Avenue
New York, NY 10022
(212) 752-9700

NEW YORK
COUNTY CLERK'S OFFICE

AUG 1 4 2007

NOT COMPARED
WITH COPY FILED