JUDGE BAER

07 CIV 8120

Elliott J. Stein (ES4378)
**STEVENS & LEE**
A Pennsylvania Professional Corporation
485 Madison Avenue, 20th Floor
New York, New York 10022
(212) 319-8500
Attorneys for Defendant
Control Solutions, Inc.

SEP 17 2007
U.S.D.C. S.D.N.Y.
CASHIERS

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETALS DECORATIVE ACCENTS LLC, | ) |
| Plaintiff, | ) Case No.: 07 CV 8120 (HB) |
| v. | ) ECF CASE |
| | ) **RULE 7.1 STATEMENT** |
| THE ELEVATION GROUP, LLC, | ) |
| CONTROL SOLUTIONS, INC., | ) |
| IMAGESOFT, INC., TONY YENIDJEIAN | ) |
| and DINESH BAKHRU. | ) |
| Defendants. | ) |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for CONTROL SOLUTIONS, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held: **NONE**

Date: September 12, 2007

_____
Elliott J. Stein, Esq.
Attorney Bar Code: ES4378

SL1 750415v1/096175.00009