Elliott J. Stein (ES4378)
**STEVENS & LEE**
A Pennsylvania Professional Corporation
485 Madison Avenue, 20th Floor
New York, New York 10022
(212) 319-8500
Attorneys for Defendant
Control Solutions, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PETALS DECORATIVE ACCENTS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 07cv8120 (HB) |
| | ) | |
| v. | ) | **ECF CASE** |
| | ) | |
| THE ELEVATION GROUP, LLC, | ) | |
| CONTROL SOLUTIONS, INC., | ) | **CERTIFICATION OF SERVICE** |
| IMAGESOFT, INC., TONY YENIDJEIAN | ) | |
| and DINESH BAKHRU. | ) | |
| | ) | |
| Defendants. | | |

     1.     I hereby certify that copies of the **Civil Cover Sheet, Notice of Removal** and

**Rule 7.1 Statement** filed on behalf of defendant Control Solutions, Inc. with the Clerk of the

United States District Court for the Southern District of New York, on September 17, 2007, and

copies of the Individual Practices of Judge Harold Baer, Jr.; USDC/SDNY Instructions for

Filing an Electronic Case or Appeal; USDC/SDNY Procedures for Electronic Case Filing;

USDC/SDNY Guidelines for Electronic Case Filing; and Individual Practices of Magistrate

Judge Andrew J. Peck were served on all counsel of record via overnight delivery with Federal Express on September 20, 2007.

Counsel for Plaintiff:

David Lackowitz, Esq.
GERSTEN SAVAGE, LLP
600 Lexington Avenue, 9th Floor
New York, New York 10022

2.      I hereby certify that copies of the **Civil Cover Sheet**, **Notice of Removal** and **Rule 7.1 Statement** filed on behalf of defendant Control Solutions, Inc. with the Clerk of the United States District Court for the Southern District of New York, on September 17, 2007, and copies of the Individual Practices of Judge Harold Baer, Jr.; USDC/SDNY Instructions for Filing an Electronic Case or Appeal; USDC/SDNY Procedures for Electronic Case Filing; USDC/SDNY Guidelines for Electronic Case Filing; and Individual Practices of Magistrate Judge Andrew J. Peck were sent on September 19, 2007 to all parties with known addresses via United States Postal Service, Regular Mail.

Susan A. Royster, Esq.
Fitzpatrick Lentz & Bubba, P.C.
4001 Schoolhouse Lane
Center Valley, PA 18084-0219
Counsel for The Elevation Group, LLC

Mr. Dinesh Bakhru
Chairman or CEO of Imagesoft, Inc.
22 IBM Road, Suite 104B
Poughkeepsie, NY 12601

2

SL1 751618v1/096175.00009

Dated: September 20, 2007

           _s/ Elliott J. Stein_____
           Elliott J. Stein (ES4378)
           STEVENS & LEE, PC
           485 Madison Avenue, 20th Floor
           New York, New York 10022
           (212) 319-8500

SL1 751618v1/096175.00009