Elliott J. Stein (ES4378)
**STEVENS & LEE**
A Pennsylvania Professional Corporation
485 Madison Avenue, 20th Floor
New York, New York 10022
(212) 319-8500
Attorneys for Defendant
Control Solutions, Inc.

---

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PETALS DECORATIVE ACCENTS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:  07cv8120 (HB) |
| | ) | |
| v. | ) | **ECF CASE** |
| | ) | |
| THE ELEVATION GROUP, LLC, | ) | |
| CONTROL SOLUTIONS, INC., | ) | **CERTIFICATION OF SERVICE** |
| IMAGESOFT, INC., TONY YENIDJEIAN | ) | |
| and DINESH BAKHRU. | ) | |
| | ) | |
| Defendants. | | |

1.    I hereby certify that copies of the **Notice of Motion to Transfer Venue,**

**Declaration of Elliot J. Stein, Brief in Support of Motion, Proposed Form of Order** and this

**Certification of Service** filed on behalf of defendant Control Solutions, Inc. were served on the

following counsel by depositing said documents endorsed in a postpaid properly addressed

wrapper, in an official depository under the exclusive care and custody of the United States Post

Office on October 19, 2007.

SL1 759658v1/096175.00009

Counsel for Plaintiff:

David Lackowitz, Esq.
GERSTEN SAVAGE, LLP
600 Lexington Avenue, 9th Floor
New York, New York  10022

Dated:  October 19, 2007

__s/ Elliott J. Stein____
Elliott J. Stein (ES4378)
STEVENS & LEE, PC
485 Madison Avenue, 20th Floor
New York, New York 10022
(212) 319-8500

SL1 759658v1/096175.00009