Elliott J. Stein (ES4378)
**STEVENS & LEE**
A Pennsylvania Professional Corporation
485 Madison Avenue, 20th Floor
New York, New York 10022
(212) 319-8500
Attorneys for Defendant
Control Solutions, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETALS DECORATIVE ACCENTS LLC, ) | |
| ) | |
| Plaintiff, ) | Case No.: 07-CV-8120 (HB) |
| ) | ECF CASE |
| v. ) | |
| ) | |
| THE ELEVATION GROUP, LLC, ) | |
| CONTROL SOLUTIONS, INC., ) | |
| IMAGESOFT, INC., TONY YENIDJEIAN ) | |
| and DINESH BAKHRU. ) | |
| ) | |
| Defendants. | |

**ORDER**

AND NOW, this _____ day of _____, 2007, upon consideration of defendant's motion to transfer venue and Plaintiff's response thereto, it is hereby ORDERED that defendant Control Solutions request to transfer venue to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1404(a) is GRANTED.

BY THE COURT:

_____

SL1 758265v1/096175.00009