Elliott J. Stein (ES4378)
**STEVENS & LEE**
A Pennsylvania Professional Corporation
485 Madison Avenue, 20th Floor
New York, New York 10022
(212) 319-8500
Attorneys for Defendant
Control Solutions, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETALS DECORATIVE ACCENTS LLC,           )<br>                                          )<br>            Plaintiff,                    )<br>                                          )<br>v.                                        )<br>                                          )<br>THE ELEVATION GROUP, LLC,                 )<br>CONTROL SOLUTIONS, INC.,                  )<br>IMAGESOFT, INC., TONY YENIDJEIAN          )<br>and DINESH BAKHRU.                        )<br>                                          )<br>            Defendants.                  ) | Case No.: 07-CV-8120 (HB)<br>ECF CASE |

**DEFENDANT CONTROL SOLUTIONS, INC.'S
MOTION TO TRANSFER VENUE**

**PLEASE TAKE NOTICE** that the undersigned, counsel for defendant Control Solutions, Inc. will, on the date to be fixed by the Court, move for an Order, pursuant to 28 U.S.C. § 1404(a) for transfer of this matter to the United States District Court for the District of New Jersey for the convenience of the witnesses and parties and in the interest of justice.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion Control Solutions, Inc. shall rely upon the papers and pleadings on file in this Court, the Memorandum of Law and Declaration of Elliott J. Stein.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith and the movant respectfully requests oral argument.

Dated: October 19, 2007                                   STEVENS & LEE, P.C.


By:   /s Elliott J. Stein
      Elliott J. Stein (ES 4378)
      STEVENS & LEE, P.C.
      485 Madison Avenue, 20th Fl.
      New York, New York 10022
      (212) 319-8500

      Attorneys for Defendant
      Control Solutions, Inc.