Elliott J. Stein (ES4378)
**STEVENS & LEE**
A Pennsylvania Professional Corporation
485 Madison Avenue, 20th Floor
New York, New York 10022
(212) 319-8500
Attorneys for Defendant
Control Solutions, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETALS DECORATIVE ACCENTS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE ELEVATION GROUP, LLC, ) <br> CONTROL SOLUTIONS, INC., ) <br> IMAGESOFT, INC., TONY YENIDJEIAN ) <br> and DINESH BAKHRU. ) <br> ) <br> Defendants. ) | Case No.: 07cv8120 (HB) <br><br> <u>**ECF CASE**</u> <br><br> **CERTIFICATION OF SERVICE** |

1.  I hereby certify that copies of the **Notice of Motion to Transfer Venue, Declaration of Elliot J. Stein, Brief in Support of Motion, Proposed Form of Order** and this **Certification of Service** filed on behalf of defendant Control Solutions, Inc. were served on the following counsel by depositing said documents endorsed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office on October 19, 2007.

SL1 759658v1/096175.00009

Counsel for Plaintiff:

David Lackowitz, Esq.
GERSTEN SAVAGE, LLP
600 Lexington Avenue, 9th Floor
New York, New York  10022

Dated:  October 19, 2007

__s/ Elliott J. Stein____
Elliott J. Stein (ES4378)
STEVENS & LEE, PC
485 Madison Avenue, 20th Floor
New York, New York 10022
(212) 319-8500