UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

PETALS DECORATIVE ACCENTS, LLC

Elevation,

- against -

THE ELEVATION GROUP, LLC, CONTROL
SOLUTIONS INC. IMAGESOFT INC., TONY
YENIDJEIAN and DINESH BAKHRU.

Defendants
_____

Index No.: 07CV8120 (HB)

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT IMAGESOFT, INC**

PURSUANT TO FEDERAL RULE 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel for defendant Imagesoft Inc. ("Imagesoft") certifies that Imagesoft does not have a parent company and no publicly held corporation owns 10% or more of its stock.

Dated: Garden City, New York
       October 23, 2007

_____
BARRY LEVIN (BL 2079)
Attorney for *ImageSoft and Bakhru*
600 Old Country Road, Ste. 333
Garden City, New York 11530
516-222-4500