**GERSTEN SAVAGE LLP**

600 LEXINGTON AVENUE
NEW YORK NY 10022-6018
212-752-9700
F. 212-980-5192
INFO@GERSTENSAVAGE.COM
WWW.GERSTENSAVAGE.COM

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07
```

October 24, 2007

BY FAX (212-805-7901)
Hon. Harold Baer, Jr.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

Re: Petals Decorative Accents, LLC v. The Elevation Group, LLC, et. als.
Case No.: 07-cv-8120 (HB)

Dear Judge Baer.

We represent the Plaintiff in the above-referenced matter. We are in receipt of the Motion to Transfer Venue made by Defendant Control Solutions, Inc., and we write, with the consent of Defendant's counsel, to respectfully request an extension of time to prepare and file papers in opposition to said motion, if in fact we ultimately conclude that such an opposition is warranted.

I am the attorney handling this matter on the Plaintiff's behalf and I am going to be out of the country from Thursday, October 25th through Saturday, November 3rd. Accordingly, I respectfully request that the Plaintiff's opposition, if any, be filed on or before November 19, 2007 and the Defendant's reply, if any, be filed by November 26th.

I again note that I have discussed the foregoing with CSI's counsel and they do not oppose the instant request and consent to the dates suggested above. We thank you in advance for your consideration of our request.

Sincerely,

David Lackowitz

cc: via fax
Nanette M. Embres, Esq.
Stevens & Lee
Attorneys for Control Solutions
600 College Road East
Suite 4400
Princeton, NJ 08540
fax (609) 243-9333

*Unless D/ have set a mtn. which I doubt — my rules will be fully addressed to your timetable. Clearly this letter should be addressed to the Defendant so the person can work out a schedule.*

Harold Baer, Jr., U.S.D.J.
10/29/07

Endorsement:

    Unless I have set a timetable which I doubt my rules make clear I only accept fully briefed motions so this letter should be addressed to your adversary so the two of you can work out a schedule. I'll be here.