UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETALS DECORATIVE ACCENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE ELEVATION GROUP LLC, CONTROL SOLUTIONS, INC., IMAGESOFT INC., TONY YENIDJEIAN, and DINESH BAKHRU<br><br>Defendants. | Index No.: 07CV8120 (HB)<br><br>CORPORATE DISCLOSURE STATEMENT OF DEFENDANT THE ELEVATION GROUP LLC |

PURSUANT TO FEDERAL RULE 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel for defendant The Elevation Group LLC ("Elevation"), certifies that Elevation does not have a parent company and no publicly held corporation owns 10% or more of its stock.

McCUSKER, ANSELMI, ROSEN
& CARVELLI, P.C.
127 Main Street
Chatham, New Jersey 07928

/s/ Paul G. McCusker
Paul G. McCusker, Esq. (PM 7235)

Dated: November 6, 2007