UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
PETALS DECORATIVE ACCENTS LLC,   :
   :
                  Plaintiff,   :   **REPLY TO**
   :   **COUNTERCLAIMS**
           -against-   :
   :
THE ELEVATION GROUP LLC, CONTROL   :   Index No. 07CV8120(HB)
SOLUTIONS INC., IMAGESOFT INC., TONY   :
YENIDJEIAN and DINESH BAKHRU,   :
   :
                  Defendants.   :
------------------------------------------------------------------- X

Plaintiff, PETALS DECORATIVE ACCENTS LLC, (hereinafter "Petals" or "Plaintiff") by its attorneys, Gersten Savage, LLP, as and for its Reply to Counterclaims asserted by Defendants ImageSoft, Inc. and Dinesh Bakhru, allege as follows:

### AS AND FOR A FIRST COUNTER CLAIM AS AGAINST PLAINTIFF
### BREACH OF CONTRACT

1. Denies the allegations contained in paragraph 57 except admits that the Plaintiff and ImageSoft entered into an agreement whereby ImageSoft was to provide IT services, including but not limited to software design and implementation, to Petals.

2. Denies the allegations contained in paragraph 58 except admits that the Plaintiff and ImageSoft entered into an agreement whereby ImageSoft was – in part – to provide Petals with the expertise of certain skilled invidivuals.

3. Admits the allegations contained in paragraph 59.

4. Denies the allegations contained in paragraph 60.

5. Denies the allegations contained in paragraph 61.

6.  Denies the allegations contained in paragraph 62.

7.  Denies the allegations contained in paragraph 63.

8.  Denies the allegations contained in paragraph 64.

9.  Denies the allegations contained in paragraph 65.

10. Denies the allegations contained in paragraph 66.

11. Denies the allegations contained in paragraph 67.

12. Denies the allegations contained in paragraph 68 except admits that ImageSoft seeks judgment against Petals.

### AS AND FOR A SECOND COUNTER CLAIM AS AGAINST PLAINTIFF
### ACCOUNT STATED

13. Denies the allegations contained in paragraph 70.

14. Denies the allegations contained in paragraph 71.

15. Denies the allegations contained in paragraph 72 except admits that Imagesoft rendered invoices to the Plaintiff.

16. Denies the allegations contained in paragraph 73.

17. Denies the allegations contained in paragraph 74.

18. Denies the allegations contained in paragraph 75 except admits that ImageSoft seeks judgment against Petals.

## AS AND FOR A THIRD COUNTER CLAIM AS AGAINST PLAINTIFF
### UNJUST ENRICHMENT

19. Denies the allegations contained in paragraph 77.

20. Denies the allegations contained in paragraph 78.

21. Denies the allegations contained in paragraph 79.

22. Denies the allegations contained in paragraph 80.

23. Denies the allegations contained in paragraph 81.

24. Denies the allegations contained in paragraph 82 except admits that ImageSoft seeks judgment against Petals.

Dated:   November 9, 2007

                    GERSTEN SAVAGE, LLP,
                    Attorneys for Plaintiff

By: _____
      David Laekowitz (DL 8591)
      600 Lexington Avenue, 9th Floor
      New York, N.Y. 10022
      (212) 752-9700