AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

PETALS DECORATIVE ACCENTS LLC,

                Plaintiff,

  -against-

THE ELEVATION GROUP LLC, CONTROL SOLUTIONS INC., IMAGESOFT INC., TONY YENIDJEIAN and DINESH BAKHRU,

                Defendants.

**APPEARANCE**

Case Number: 07-CV-8120

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Petals Decorative Accents, LLC

I certify that I am admitted to practice in this court.

| 11/12/2007 | *(signature)* |
|---|---|
| Date | Signature |

David Lackowitz                8591
Print Name                           Bar Number

Gersten Savage LLP, 600 Lexington Avenue
Address

New York      New York      10022
City               State              Zip Code

(212) 752-9700      (212) 980-5192
Phone Number              Fax Number