UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

PETALS DECORATIVE ACCENTS LLC,  :  Index No. 07CV8120(HB)
:
                          Plaintiff,  :
:  **AMENDED REPLY TO**
                -against-  :  **COUNTER-CLAIMS**
:
THE ELEVATION GROUP LLC, CONTROL  :
SOLUTIONS INC., IMAGESOFT INC., TONY  :
YENIDJEIAN and DINESH BAKHRU,  :
:
                          Defendants.

------------------------------------------------------------------------ X

Plaintiff, PETALS DECORATIVE ACCENTS LLC, (hereinafter "Petals" or "Plaintiff") by its attorneys, Gersten Savage, LLP, as and for its amended reply to the Counter-Claims asserted by defendant THE ELEVATION GROUP LLC (hereinafter "Elevation"), alleges as follows:

**FIRST COUNTER-CLAIM FOR BREACH OF CONTRACT**

1. Denies the allegations set forth in paragraph 1 except admits that in or about June 2006, the Plaintiff and Elevation entered into an agreement pursuant to which the Plaintiff retained Elevation to design and implement and all-encompassing computer system for Petals.

2. Admits the allegations set forth in paragraph 2.

3. Admits the allegations set forth in paragraph 3.

4. Denies the allegations set forth in paragraph 4.

5. Denies the allegations set forth in paragraph 5.

6. Denies the allegations set forth in paragraph 5 except admits that Elevation provided Petals with invoices requesting payment.

7. Denies the allegations set forth in paragraph 7.

8. Denies the allegations set forth in paragraph 8.

9. Denies the allegations set forth in paragraph 9.

10. Denies the allegations set forth in paragraph 10.

11. Denies the allegations set forth in paragraph 11 except admits that Elevation is apparently seeking judgment against Petals.

### SECOND COUNTER-CLAIM FOR UNJUST ENRICHMENT

12. Denies the allegations set forth in paragraph 12.

13. Denies the allegations set forth in paragraph 13.

14. Denies the allegations set forth in paragraph 14.

15. Denies the allegations set forth in paragraph 15.

16. Denies the allegations set forth in paragraph 16 except admits that Elevation is apparently seeking judgment against Petals.

### THIRD COUNTER-CLAIM FOR BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING

17. Denies the allegations set forth in paragraph 17.

### AFFIRMATIVE DEFENSES

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

18. Elevation's counter-claims are barred by the doctrines of laches, unclean hands, estoppel and waiver.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

19. Elevation's counter-claims fail to state a claim upon which relief can be granted.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

20. Elevation's counter-claims are barred by the statute of frauds.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

21. Elevation's counter-claims are barred due to a lack of consideration.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

22. Elevation's counter-claims are barred by reason of Elevation's material breach of contract.

**WHEREFORE,** plaintiff, Petals Decorative Accents LLC, demands judgment in its favor and against the defendant/counter-claimant, The Elevation Group LLC, dismissing the counter-claims in their entirety with prejudice and awarding attorneys' fees and costs as well as such other and further relief as this Court deems equitable and just.

Dated:   November 21, 2007

 

GERSTEN SAVAGE, LLP
Attorneys for Plaintiff

By: _____
David Lackowitz (DL 8591)
600 Lexington Avenue, 9th Floor
New York, N.Y. 10022
(212) 752-9700

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that on the 21st day of November, 2007, a true and correct copy of the foregoing Amended Reply to Counterclaims was served electronically upon the Court and the following counsel:

Paul G. McCusker, Esq.
McCUSKER, ANSELMI, ROSEN &
CARVELLI, P.C.
Attorneys for Defendant The
Elevation Group LLC
127 Main Street
Chatham, New Jersey 07928
(973) 635-6300

Elliot J. Stein, Esq.
STEVENS & LEE
A Pennsylvania Professional Corporation
Attorneys for Defendant Control
Solutions, Inc.
85 Madison Avenue, 20th Floor
212-319-8500

Barry Levin
Attorney for Defendants Imagesoft, Inc.
And Dinesh Bakhru
600 Old Country Road, Ste 333
Garden City, New York 11530
516-222-4500

and by certified mail, return receipt requested, on:

Tony Yenidjian
Defendant Pro Se
13 Dawn Lane
Suffern, New York 10901

GERSTEN SAVAGE LLP
Attorneys for Plaintiff
600 Lexington Avenue
New York, New York 10022
212-752-9700

By: _____
David Lackowitz (DL-8591)

Dated: November 21, 2007