UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

PETALS DECORATIVE ACCENTS LLC,

                Plaintiff,

-against-

**ORDER**
07cv8120 (HB)

THE ELEVATION GROUP, LLC, CONTROL
SOLUTIONS, INC., IMAGESOFT, INC., TONY
YENIDJEIAN AND DINESH BAKHRU

                Defendants.

------------------------------------------------------------------x

**Hon. HAROLD BAER, JR., District Judge:**

    WHEREAS, on September 17, 2007, the Defendants removed this case from the New York State Supreme Court to this Court; and

    WHEREAS, on October 19, 2007, the Defendants moved to transfer venue to the United States District Court of New Jersey pursuant to 28 U.S.C. § 1404(a); and

    WHEREAS, on November 16, 2007, the Plaintiff notified the Court that it will not oppose Defendants' motion to transfer; it is hereby

    ORDERED that the Defendants' motion to transfer venue is granted; and it is further

    ORDERED that the December 3, 2007 oral argument on Defendant's motion to transfer is canceled; and it is further

    ORDERED that pursuant to Local Civil Rule 83.1, the Clerk of the Court is instructed to mail within five (5) days to the Clerk of the Court of the District of New Jersey (1) certified copies of this order of transfer and the docket entries in the case, and (2) the originals of all other papers on file in the case; and it is further

    ORDERED that the Clerk of the Court is instructed to close this case and remove it from my docket.

SO ORDERED.
New York, New York
November 29, 2007

                                      U.S.D.J.